| | |
|---|---|
| 1 | R. Shawn Oller; AZ Bar No. 019233 |
| | soller@littler.com |
| 2 | Lindsay M. Schafer; AZ Bar No. 028845 |
| | lschafer@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | Camelback Esplanade |
| 4 | 2425 East Camelback Road |
| | Suite 900 |
| 5 | Phoenix, AZ  85016 |
| | Telephone:   602.474.3600 |
| 6 | Facsimile:    602.957.1801 |
| 7 | Attorneys for Defendant |
| | The TJX Companies, Inc. |

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Dunn,<br><br>             Plaintiff,<br><br>v.<br><br>The TJX Companies, Inc., a Delaware corporation,<br><br>             Defendant. | Case No. CV2017-02740-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

Defendant The TJX Companies, Inc. hereby gives notice that the parties have reached a settlement of the claims in the above-referenced matter.  The parties anticipate that they will file a stipulation and form order for dismissal of this case with prejudice within the next 30 days.

DATED this 6th day of October, 2017.

*s/ R. Shawn Oller*
R. Shawn Oller
Lindsay M. Schafer
LITTLER MENDELSON, P.C.
Attorneys for Defendant
The TJX Companies, Inc.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

| | |
|---|---|
| 1 | I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 6th day of October, 2017, to: |

Trey Dayes
Sean C. Davis
Preston K. Flood
seand@phillipsdayeslaw.com
PHILLIPS DAYES LAW FIRM
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Attorneys for Plaintiff

*s/ Linda Bullis*

Firmwide:150530329.1 053070.1218

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-