# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Dunn,<br><br>         Plaintiff,<br><br>v.<br><br>TJX Companies Incorporated,<br><br>         Defendant. | No. CV-17-02740-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 13).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **November 9, 2017** without further leave of Court.

Dated this 10th day of October, 2017.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge